**Exhibit A to the Complaint**

**Location:** Hazlet, NJ  
**Total Works Infringed:** 42

**IP Address:** 100.8.185.130  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E02F8C80023028A2401F5793C0B3A2ECB8318B40<br>File Hash: 64539DC27FFBA4E7A77073AB89F09CF9AC2024D12B0A99D69A04B35C1D6C1387 | 07/21/2020 11:34:24 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 2 | Info Hash: B68E8B8D5B139F0F6236FB409416C5F6EFF30FBF<br>File Hash: EC87A35B26CA48252E09A7221FEE19ACF078C658529E6A73527988F7C4700D7E | 07/05/2020 12:22:44 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 3 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 07/03/2020 21:00:21 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 4 | Info Hash: 739EB8A76A0350F7CA58F6464551E732BCED35C1<br>File Hash: 9C6B9B36908FCF9D85FC6E69FB679F920DF5FBC01DEB1C565E84E0A9D1406806 | 07/03/2020 17:37:05 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 5 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A<br>File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 06/30/2020 10:46:49 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 6 | Info Hash: A7B77E1226DA839D3A8F4DF03F9EF353E9E11502<br>File Hash: A9108D6691B6184CDFCF5E85D11B01704E33A40930AA9C3FCFC3DE75190EA3AF | 06/29/2020 10:52:50 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 7 | Info Hash: FA8728462CCFB62837C8FDD0E8E00CA4C85D407D<br>File Hash: 6132CE2CEE67C20BD5F6A1FDC4E4EB33612E730805B86B2D4B99F5DA7BC057A4 | 06/27/2020 17:04:21 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 8 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744<br>File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 06/26/2020 12:15:20 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5A425FDB7FFB5049E12D808FDDA461C2F7407B34<br>File Hash: DF4B0D288618658DC49EB26217CF1544419BC25A96680CB513E8090162FC6E52 | 06/25/2020 04:01:37 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 10 | Info Hash: 0E94A35D8DDDCC2BBF7FA2E0B60A768D34CE6A18<br>File Hash: FEADBB935D34439E2E4A513DB05EE2F63A59C7E34057C366B06E5FCD3C0F0E4E | 06/23/2020 12:12:07 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 11 | Info Hash: DE59C5100B1D202279BE00C0B4A7D1F924FF279F<br>File Hash: 36E448F6C97F91973F67AADA03FDA7D48824A4996A7D91BE1C1D8E0684354549 | 06/19/2020 08:12:40 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 12 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 06/16/2020 17:59:34 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 13 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 06/16/2020 17:38:13 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 14 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 06/16/2020 17:32:11 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 15 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 06/16/2020 16:42:38 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 16 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 06/16/2020 13:03:10 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 17 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 06/05/2020 21:47:43 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 06/02/2020 14:42:55 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 19 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 06/02/2020 11:32:46 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 20 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 06/02/2020 10:31:33 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 21 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 05/31/2020 19:45:38 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 22 | Info Hash: 57E6E6788F406F1782D99B0799A5EEF8E110489F<br>File Hash: 53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 05/27/2020 14:35:55 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 23 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05/24/2020 21:10:38 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 24 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 05/23/2020 15:12:41 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 25 | Info Hash: BE70924185EC2FE7A36FEAD8E9509F907D1E761E<br>File Hash: 6F61FD409AC3E01E50C396538E4726ECF5F3B1722D00FDCE02BC532ED09A7734 | 05/17/2020 12:56:19 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 26 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 05/04/2020 07:22:21 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 1A68CEFD839B4A5FA014E644010905E3E4BAED62<br>File Hash: 7CDA00D746D072CCE1C0D3344AD569A602F6BEC79989A46C3BD5B855AEA3089F | 05/03/2020 11:28:16 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 28 | Info Hash: 73F33BDDD94B5889A8E8758E88B3D09B30F3525E<br>File Hash: 8856D5B47B9E13F4AC1D4A19073A027727F8EDB060128D3A34AFE7C5C64E9B7D | 05/01/2020 09:35:49 | Blacked Raw | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 29 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 04/26/2020 16:10:33 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 30 | Info Hash: 2B47AB1AC715202A682205DE2386E9131256D398<br>File Hash: 0EEE2F09CC14982FAD75DF20B02318B6C7DAF517D45ECB63ADF3B8B54CCB7A23 | 04/25/2020 02:38:30 | Blacked | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 31 | Info Hash: D629C1BE08933BB60DF199F6F24E3812EA2C6C73<br>File Hash: B6A76B9FE28D9B34D14C72456A036267F1B7DC9B3588D3E3564E883B38BA8042 | 04/22/2020 07:14:39 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 32 | Info Hash: B0CE169D460B3E10FDC06D60342FA7FD5FBE531B<br>File Hash: E701C43864BC713E4129A4F6CD46A51E0378F2B4D49F69835C388B372747A4C4 | 04/22/2020 07:13:14 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 33 | Info Hash: 9D26ABBC31460C72C2A931FD255BB5411330C55D<br>File Hash: 20280C6A4598B5E2F65EA9DFE4340609E631F37758734C36AE65691C820999F6 | 04/21/2020 19:25:00 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 34 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash: 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 04/21/2020 19:24:14 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 35 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 04/21/2020 12:42:37 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 04/20/2020 13:13:26 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 37 | Info Hash: 658A037574D2B240AC4EBC859BED1EF255083CC4<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 04/19/2020 10:34:32 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 38 | Info Hash: 6485D2C06BE7023990B69BE93812D5066B963ED4<br>File Hash: 6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 04/16/2020 12:43:07 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 39 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04/13/2020 20:30:05 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 40 | Info Hash: 7724965CFD0EFA204861E4994E4C375734FAC910<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 04/13/2020 11:07:05 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 41 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 04/13/2020 10:53:37 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 42 | Info Hash: 6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04/12/2020 12:28:48 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |